**Rogelio ROCHA–GARCIA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–70490.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 2, 2009.*

Filed Nov. 5, 2009.

Patricia Vargas, Patricia Vargas & Associates, Alhambra, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Arthur L. Rabin, Esq., Mary Jane Candaux, Assistant Director, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, BYBEE and M. SMITH, Circuit Judges.

MEMORANDUM **

Rogelio Rocha–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We lack jurisdiction to review moral character determinations based on discretionary factors. 8 U.S.C. § 1252(a)(2)(B)(i); *Kalaw v. INS,* 133 F.3d 1147, 1151 (9th Cir.1997). The IJ made an adverse moral character determination about Rocha–Garcia based on Rocha–Garcia's failure to submit electronic fingerprints, a discretionary factor. Because this determination is dispositive on the issue of cancellation of removal regardless of the other arguments raised by Rocha–Garcia, we lack jurisdiction to review this petition.

**PETITION FOR REVIEW DISMISSED.**

---

**7.** *Yee v. Duncan,* 463 F.3d 893, 897 (9th Cir. 2006).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.